**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

MICHAEL D. BARNES,
        Plaintiff,

Case Number 3:08-cv-00015-JWS

v.

PETE GEREN, et al,
        Defendant.        **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT the 28:2241 Petition for Writ of Habeas Corpus is **GRANTED**. The Court further **ORDERS** that respondents shall forthwith grant petitioner a discharge consonant with his service record and his status as a conscientious objector.

APPROVED:

_____
/s/ JOHN W. SEDWICK
United States District Judge

Date: September 23, 2008

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

      IDA ROMACK
Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}